# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>*Plaintiff*<br><br>v.<br><br>TONY JOE GUTIERREZ,<br>*Defendant* | §<br>§<br>§<br>§  Case No. 1:22-CR-65-LY<br>§<br>§ |

## O R D E R

Now before the Court is Defendant Tony Joe Gutierrez's Motion to Withdraw as Counsel, filed April 20, 2022 (Dkt. 19). The District Court referred the motion to the undersigned Magistrate Judge for resolution on April 21, 2022. Dkt. 20.

On April 1, 2022, the undersigned Magistrate Judge appointed the Federal Public Defender to represent Defendant. Dkt. 5. The same day, Assistant Federal Public Defender Horatio R. Aldredge entered an appearance as counsel for Defendant, and Assistant Public Defender Jose I. Gonzalez-Falla entered an appearance as co-counsel. Dkts. 8-9. Mr. Gonzalez-Falla now seeks to withdraw, stating that a co-counsel is no longer necessary, and that Mr. Aldredge will remain as attorney in charge. Dkt. 19 at 1.

Having considered the motion, the undersigned finds that there is good cause to grant the motion and permit co-counsel to withdraw. **IT IS THEREFORE ORDERED** that Assistant Public Defender Jose I. Gonzalez-Falla is hereby **WITHDRAWN** as Defendant's counsel of record. Assistant Federal Public Defender Horatio R. Aldredge remains as lead attorney.

**SIGNED** on April 25, 2022.

SUSAN HIGHTOWER
UNITED STATES MAGISTRATE JUDGE